United States District Court
Southern District of Texas
**ENTERED**
April 26, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BILLY TROY DERAMUS, § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. H-19-4683 |
| § § | |
| SHAPIRO SCHWARTZ, LLP AND § NATIONSTAR MORTGAGE, LLC D/B/A § MR. COOPER, § § | |
| Defendants. § | |

**ORDER**

Billy Deramus continues to file frivolous motions. His current motion, (Docket Entry No. 47), seeking to disqualify Judge Christina Bryan, is without basis, and it is denied.

SIGNED on April 26, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge